IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIFFANY LASHEA BELL, #212 792, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CV-300-TMH |
| ) | (WO) |
| BEVERLY CROSKEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the court are the Recommendation of the Magistrate Judge, (Doc. #10), the Supplemental Recommendation of the Magistrate Judge, (Doc. #12), and the Plaintiff's objections to those Recommendations, (Docs. #11 and #13). Having conducted a *de novo* determination of those portions of the Magistrate's Recommendations to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's objections (Docs. #11 and #13) be and the same are hereby OVERRULED;

2. The Recommendations of the Magistrate Judge (Docs. #10 and #12) be and the same are hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiff's 42 U.S.C. § 1983 complaint against the named defendants be and the same is hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i & ii);

4. Plaintiff's due process and verbal abuse/harassment claims, as discussed in the

May 26, 2011 Supplemental Recommendation, are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

    5. This case be and the same is hereby DISMISSED prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i & ii).

    Done, this the 20th day of September 2011.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE