IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIFFANY LASHEA BELL, #212 792,     )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )        2:11-CV-300-TMH
                                   )        (WO)
BEVERLY CROSKEY, *et al.*,          )
                                   )
        Defendants.                )

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants and

against Plaintiff and that this action is dismissed with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58, *Federal Rules of Civil Procedure.*

Done, this the 20th day of September 2011.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE